UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| **GARY CLARK** : | **CIVIL ACTION NO.** |
| *Plaintiff* : | |
| v. : | 3:15-CV-00304-JCH |
| : | |
| **THE STOP & SHOP SUPERMARKET** : | |
| **COMPANY LLC** : | |
| *Defendant* : | **NOVEMBER 18, 2016** |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Gary Clark, through his undersigned counsel, stipulates that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

                               GARY CLARK,
                               PLAINTIFF

By:_____
Matthew D. Paradisi (ct29915)
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: mparadisi@cicchielloesq.com

**ELECTRONIC CERTIFICATION OF SERVICE**

I hereby certify that on November 18, 2016, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____
Matthew D. Paradisi